■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERALD GORDON, Appellant, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, et al., Respondents. — Order of the Supreme Court, Westchester County, entered July 18, 1980, which, upon reargument, adhered to the original determination dismissing the petition (June 9, 1980), affirmed, without costs or disbursements. No opinion. Damiani, J.P., Lazer, Cohalan and Thompson, JJ., concur.